**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANGELINA AGUILAR-ADAME, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-001 |
| A.G. WINFREY, et al. | § | |
| Respondents. | § | |

**AGREED MOTION**
**FOR**
**EXTENSION OF DEADLINES**

All parties, after conference, file this AGREED MOTION FOR EXTENSION OF DEADLINES and would respectfully show the Court as follows:

1. This case is a Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 and *INS v. St. Cyr*, 121 S.Ct. 2271 (2001), concerning the removal of the petitioner from the United States of America.

2. The issues raised in the case at bar are identical or substantially similar to those in *Salazar-Regino v. Trominski*, and consolidate cases now pending before the U.S. Fifth Circuit Court of Appeals (No. CA B-02-045.)

3. Parties had previously filed with this Court an Unopposed Motion to Hold in Abeyance and Stay of Removal. The parties are of the opinion that granting this motion would be in the best interest of the Court and promote judicial economy as a ruling by the Fifth Circuit would be dispositive on all or nearly all of this issues presented in the case at bar.

4. Parties believe that the extension of all deadlines in this case until after the Court has had the opportunity to address the Unopposed Motion to Hold in Abeyance and Stay of Removal would be in the best interest of all parties, this Court and judicial economy.

5. This extension is not sought for purposes of delay only, but that justice may be done.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Parties respectfully request this Court grant this Motion and extend all deadlines until after the court has ruled on the <u>Unopposed Motion to Hold in Abeyance and Stay of Removal</u>, and if the abeyance and stay not be granted that all deadlines be extended and reestablished from that date.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted and the parties are in agreement with this motion.

STEVEN SCHAMMEL
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the AGREED MOTION FOR EXTENSION OF DEADLINES

was mailed via certified mail, return receipt requested to

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas 78586

on this the 22nd day of _March_, 2004.

STEVEN T. SCHAMMEL
Assistant United States Attorney

3