IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANGELINA AGUILAR-ADAME, § | |
| Petitioner, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-04-001 |
| A.G. WINFREY, et.al., § | |
| Respondents. § | |

### ORDER GRANTING MOTION TO HOLD IN ABEYANCE AND OF STAY OF REMOVAL

Upon consideration of the Unopposed Motion to Hold in Abeyance (Docket No.'s 2-1 and 2-2) filed February 18, 2004, the Court finds that the Motion should be granted.

It is therefore ORDERED that this case shall be in abeyance pending a final decision in *Salazar-Regino v. Trominski*, (Case No. 03-41492, United States Court of Appeal for the Fifth Circuit) and the consolidated cases thereunder.

It is FURTHER ORDERED that the parties shall be given sixty days from the entry of a final decision in *Salazar-Regino v. Trominski* and the consolidated cases thereunder to file any additional pleadings in this matter, as appropriate, in light of the final disposition of *Salazar-Regino v. Trominski* and the consolidated cases.

DONE at Brownsville, Texas, this 31st day of March, 2004.

_____
John Wm. Black
United States Magistrate Judge