UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANGELINA AGUILAR-ADAME, § | |
|    Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | B-04-001 |
| A.G. WINFREY, et al. § | |
|    Respondents. § | |

## ORDER TO TRANSFER

The Defendants' unopposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on _____, 2005.

_____
United States Magistrate Judge